AO 241 (Rev. 09/17)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

F I L E D

Mar 03 2026

ARTHUR JOHNSTON, CLERK

2:26-cv-30-TBM-MTP

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: _Southern_ |
|---|---|

| Name (under which you were convicted): ERIC DeJuan JONES | Docket or Case No.: |
|---|---|

| Place of Confinement: Central MS Correctional Facility | Prisoner No.: 50222 |
|---|---|

| Petitioner (include the name under which you were convicted) ERIC DeJuan JONES | v. | Respondent (authorized person having custody of petitioner) CMCF Warden #2 |
|---|---|---|

The Attorney General of the State of: MISSISSIPPI

**PETITION**

To change custody from MDOC To VA/Chancery

I.     (a) Name and location of court that entered the judgment of conviction you are challenging:
Jefferson DAVis County Circuit Court

(b) Criminal docket or case number (if you know): 33CC1120CR40PGH

2.     (a) Date of the judgment of conviction (if you know): Feb. 16, 2022

(b) Date of sentencing: SAME

3.     Length of sentence: Life, 40, And 10 plus Five

4.     In this case, were you convicted on more than one count or of more than one crime?     ☑ Yes     ☐ No

5.     Identify all crimes of which you were convicted and sentenced in this case: Poss of Marijuana trafficking, poss of A firearm, possession of A stolen firearm

6.     (a) What was your plea? (Check one)

☑ (1)     Not guilty          ☐ (3)     Nolo contendere (no contest)

☐ (2)     Guilty              ☐ (4)     Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

No

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: MISSISSIPPI Court of Appcals

(b) Docket or case number (if you know): 2022-CP-00235-COA

(c) Result: the 5 years reversed All other Affirmed

(d) Date of result (if you know): Fcbuary 24, 2024

(e) Citation to the case (if you know):

(f) Grounds raised: The Grund raised by counsel was " No Mississippi citizen consat to be tried without AN indictment"

(g) Did you seek further review by a higher state court?    ☑ Yes    ☐ No

If yes, answer the following:

(1) Name of court: MISSISSIPPI Suprenc Ceurt

(2) Docket or case number (if you know): No. 1:25 cv 243 Aud

(3) Result: All writs hence No 2:22cu56 ter lac each habcas Conpo by notiw to proceed §99-39-1, ct seq

AO 241 (Rev. 09/17)

(4) Date of result (if you know): ON feb. 25. 2026 date of

(5) Citation to the case (if you know): expected filing I was in

(6) Grounds raised: CMCF officials taken to
heart doctors -... will file Feb 26,
2026 or March 4, 2026

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): ON Scpt. 9,th Ae Dct 15,

(2) Result: 2020 I submitted An original Action
to the US Suprene Court not docketed

(3) Date of result (if you know): As A Title 18, USCS S1994

(4) Citation to the case (if you know): Debt Slney Peanry Act of

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?   ☐ Yes   ☑ No   CONGRESS

11.   If your answer to Question 10 was "Yes," give the following information:   VIOLATION

(a)      (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result:

AO 241 (Rev. 09/17)

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: IN THE SOUTHERN DISTRICT OF MISS

(2) Docket or case number (if you know): No 2:22cv56 to

(3) Date of filing (if you know):

(4) Nature of the proceeding: No 1:25-cv243 All

(5) Grounds raised: federal Writ are 3 class
Action writ here 02/16/2022 have
been to the Southern District federal
Courts have been filed All were
WITHOUT PREJUDICE
dismissed

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised: Those grounds are All
Numberous And will be explained
At Grounds And Facts

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE: I Am IN Custody in violation of Miss. Const. Sec1. 157 And Sect 159 entitled to transfer to VA1 Chancery

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On April 2016 I was by federal order of Felicia L. Burkes made a Chancery transfer pursuant to Miss. Const. Sect 157 And Section 159. Magistrate F. Keith Ball on August 3, 2019 AD dismissed the July 27, 2019 search incident to Arrest unconditionally. On July 27, 2019 I was taking 480W mg of Depakoten serquest from Palace Drug Store in Prentiss AU at time of search.

(b) If you did not exhaust your state remedies on Ground One, explain why:

Thereafter 02/16/2022 I was have repeatedly disappound letters or correspondences with the Social Security Administration Hattesbury, As 1213 Broadway Drive office And my recent return due Title 42 uscs 504(g) social security commissure review due January 4 2026 was Title 18, USCS 5 1597 destroyed

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: Zakvr D. Chambelln
w Appeal never sent me my 2nd docket or appeal
docket and quit after result Feb 24 2024 with
notice late to file a rehearing petition

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
See Above intent to file Motion for cert not
Filed Febuary 25, 2026. Because the court of appeals
clerk nor trial court clerk will not send my
33 CC1 1 20 CL to AGH docket nor 2022-CP-00235 cm
Appeal record

Page 7 of 16

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: SEE Febuary 25, 2026 each document intended to mail, especially I had 3 pages of handling Instructions

**GROUND TWO:** Joseph L Tunkley was never lawfully U.S.C.A 14 A46 proceedurly or substantatvely appoint my counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): In Mississippi Chapter 99 where w 12-17-2020 my Arrest was 15 months After Magistrate F Keith Ball August 3, 2019 dismissal upon a shoplifting charge at dollar general, where at time 12-17-2020 of Arrest Circuit Clerk Debbie Dykes handed me jurisdictual NO 33 CC 11 20 CC to PGH Alledged of arson Oct 12 2020 from a March 2020 8 man Jury term with the only witness "4-82176 crsh" Vanessa Jones who vcc my arraignment thereupon And quit prior to March 24, 2021 arraignment Joseph L

(b) If you did not exhaust your state remedies on Ground Two, explain why: Tunkley was sent to 2323 Church in AC, Parish, as Jail prior to Arraignment --- both Vanessa Jones nd Joseph L Tunkley was appointed violathe of State Law.

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: Zakur B. Chamberlin handled 2022-CP-W 235-COA whole appeal and did not allow me pro se to present issues at all,

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?     ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Each of trial court and appeal court counsel At
No. 2S-6025b SH Circut court has been sued that
fully explains why, what I have about 180 days to
re-in state such appeal --- I've been hospitalized with

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you mental

have used to exhaust your state remedies on Ground Two : No. 2S-6025b S^h Cir. fm lues
No. 2S-304(c) Fd Ct of Claims Single Act of
obstruction of dest-story personic enforcement
by Ueh 12 2020 Fake gov district

**GROUND THREE:** There Are 154 motions At No. 33CC1120CC40PGH
which Presiding Harrell was not by counsel forced to hearing not voc

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Gcaght I. Holues what communicates deny,
with Eric Jues from the Indigent Defense
Counsel office why "154" methos at docket,
which I have never seen any orders of the Circuit
Judge to gnt or deny those Claims at each
of 154 motions 115 Ground Number THREE.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: Ground Three is the 154 Motw pre-trial and at Jury Trial written during trial and the verbal sentenceing objection prior to th Jury returning to Judge for sentenceing trials only verbal objectiv

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: I have never seen the Jury Trial Transcript or the 154 pretrial and at Jury Trial written notes such no appeal can be made without the record

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I beheve Joseph L. Hunley and Zalon D. Chamberlain hadliy of this Trial and appeal by under oath before this Court will prue Title 18, USCS S 1581

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: See Above.

**GROUND FOUR:** Material witnesses Magistrate F. Kenth Ball, DSA Nellie Williams Lateral(s) has te Beal and Chris Lepe L. Finely who U.S.C.A. 14; 5 and 6 not subjected to Confrontation at trial

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

There are 154 motions where the public defender, DA Lawron L. Bricely & Reginald R. Lewis, and Judge Harrell had to read and know at docket each motion – which no hearings were ever held on, and therein was tok to subpoen Judy who Federal order Aug 5, 2019 dismissed the July 27, 2019 evidence and sums to Federal court to be with he dismissed such,

(b) If you did not exhaust your state remedies on Ground Four, explain why:

Trial Attorney Joseph L. Hunley and Zalor D. Chamberlain intentionally relinquished, by passed, and did not ethnically pursue these Confrontation Clause humass for trial ha subpoena and tear the Court of Appeals to behel Jones was all above

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: July 27, 2019

Counsel Again committed Title 18 USCS 1581 to help state illegally    at 751 Zavc Bre, Printon No 39474,

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

| | | |
|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ Yes | ☐ No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ Yes | ☐ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ Yes | ☐ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

On Febuary 25, 2026 see whole document intended to be mailed that day, which proves No. 1:25cv243 was by Title 18 USCSS 1581 committed by ILAP officurs here 02/16/2022 to this date,

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: No. 25-354(c)Fd Ct Claus COA of appeal filing here origanl filing with a Nohce of Appeal at document-8 have not yet been filed by that Court of Appeals alledging No 33CC1/2 CCtoPGt is a style act of Title 18, USCSS 1581, OBS1RUCT1oS,

AO 241 (Rev. 09/17)

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐ Yes   ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Zakur h Chamberlaw did not itemize issues and facts available at the 184 prelim Motions or written motions at trial noc the verbal ALJ.ury presentshon back to court objechon

(b)   Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: At all

I read Miss Art 3, Sect 28, 29 (4) emergency herein I read Miss. Const Sect 157 AE 159 Nc Febuary 24, 2024 2022-CP-00235-COA untrue fact that Chris bon L. Fairly

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ne lateral shake Bed was not AL 2512 your Drug, Renton us 39471 in July 27, 2019 where Z was medicated with 4800 mg of Dgralot 2 Sequcol at the huend phreey the Search thus "Mentally incompotent" such Sechn 157 + 159 Transfer to VA here March 2023 oxpen site of $576,405.57 And not That of Social Security Adunshy

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. or Chikey Assyhin where The VA borehb, hoossy ne trestment or cweis much better than Miss Dept of Mentel Health Mendione whthcld a Due Cwe in Hertheshy us here no psychh welechs Sine 12-12-2020 AD or at NDC,

AO 241 (Rev. 09/17)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:   August 3, 2019 unknown public defender
United States of America vers Eric Q dies

(b) At arraignment and plea:   Federal Court Blk Hatches by AU

July 27 2019 incident was

(c) At trial:   after M.O.P. Richard Brown

turned over Guns and Drugs to

(d) At sentencing:   DEA while Williams was dismissed

such Richard Brown will testified

(e) On appeal:   Aug 3, 2019 Federal Court

(f) In any post-conviction proceeding:   Because 53 CC 2 20 CUto PC A

Grand Jury or no other

(g) On appeal from any ruling against you in a post-conviction proceeding:   Pretrial hearing But did show

up at Jury trial 02-14-
2022

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?         ☐ Yes   ☑ No
to

02/16/
2022

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

to testify despite

(b) Give the date the other sentence was imposed:   no drugs or guns at this

(c) Give the length of the other sentence:   trial was introduced

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?         ☐ Yes   ☐ No   have been on Aug 3, 20P

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

thrun at by
Magistrate F. Keith Ball
not Magistrate Michael T. Parker

AO 241 (Rev. 09/17)

Timeliness: for sake of COMITY
This petitio was not filed to
one year after Feb 24 2024
No 2022-CR-00255-COA, no Issue
or dance before this Court to
Prove how the delays allow no
doubt by Justice by destroying
court documents to the "kindness
of hence Feb 24 2024 nrtless
"True to be about the "kindness of true"
is NOT on record - destroyed I granted

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Order more that the 02/16/2022 Written order is null, vacated and voided and enter an order to transfer Eric D. Ans immediately to the United States of America wishing to be judicated by the Destrial of review Attnes.*

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.